Lillard W. King
1656 Tamarron Drive
Corona, CA 92883

In Pro Se /

FILED
FEB 03 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CAL
BY

**UNITED STATES DISTRICT COURT**

SOUTHERN ~~CENTRAL~~ **DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILLARD W. KING, Plaintiff, -VS- BANK OF AMERICA NA.,QUALITY LOAN SERVICE CORP., BAC HOME LOANS SERVICING, LLC, TIM BARGENQUAST (Assistant Vice President) and Does 1 To 10, INCLUSIVE, Defendants. | **Case No.** '12 CV0295 MMA POR<br><br>COMPLAINT AT COMMON LAW<br><br>COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF UNDER, THE CIVIL RIGHTS ACT 42 U.S.C. 1983<br><br>1. BREACH OF CONTRACT/COVENANT OF GOOD FAITH AND FAIR DEALING;<br>2. FRAUD AND MISREPRESENTATION<br>3. USURY AND MISREPRESENTATION<br>4. INTENTIONAL INFLICTION OF SEVERE MENTAL AND EMOTIONAL DISTRESS<br><br>**DEMAND FOR TRIAL BY JURY** |

**COMES NOW**, plaintiff, **LILLARD W. KING**, in Propria Persona (Pro Se) and relying on the decision in ***Haines vs. Kerner 404 U.S. 519*** and brings the complaint as follows:

**JURISDICTION:**

1. **FOR FEDERAL COURT:** This action arises, under ***Title 42 of the United States Codes, section 1981, 1983, 1985 and 1986***. Jurisdiction is conferred on this Court by ***Title 28 of the United States Codes, sections, 1331, 1332, and 1343***, the unlawful acts and practices complained of herein occurred in the CITY OF CORONA, State of California, which is situated within this judicial district and involves diversity of citizenship and involves defendants who are United States Citizens. This complaint does so involve more than $10,000.00 in controversy. Jurisdiction is further invoked under ***42 U.S.C. 1983***, et seq., and ***Title 18 U.S.C. Sec. 1964*** and ***Title 18 U.S.C. SS 1001/1621***, as well as the Constitution 'particularly' the ***7th amendment***; as this is a "SUIT AT COMMON LAW". This Complaint is filed in Propria Persona (In Pro Se), pursuant to ***Haines vs. Kerner 404 U.S. 519***.

**PARTIES TO THE ACTION:**

1. The Plaintiff in this action is a citizens of the United States. This complaint alleges that the Civil Right of the Plaintiff, LILLARD W. KING, were violated by the actions of the below named defendants.

2. The defendant, BANK OF AMERICA, NA.whose address is 475 Crosspoint Parkway, Getzville NY. 14068, is being sued in their Official and Individual capacities.

3. The defendant, QUALITY LOAN SERVICE CORP. whose address is 2141 5th Avenue, San Diego, California, 92101, is being sued in their Official and Individual capacities.

4. The defendants, BAC HOME LOANS SERVICING, LLC., whose address is 2141 5th Avenue, San Diego, California, 92101, are being sued in their Official and Individual capacities.

5. The defendant, TIM BARGENQUAST (Assistant Vice President), are also being sued in their Official and Individual capacities.

6. The Defendant(s) 1 TO 10 inclusive are also being sued in their official and individual capacities.

**FACTUAL BACKGROUND:**

On June 27, 2008, Bank Of America N.A., through their agents and loan officers (Does 1 through 10) did verbally represent to the plaintiffs that they were approved for a loan in the first amount of $356,250.00 in United States Tender. Bank of America N.A., created an amortization Schedule of 30 years with an annual interest of 6.250%. The Principle and Interest was structured under Loan# 6505287240. The loan was recorded on June 27, 2008 in the County Recorder of Riverside County under Instrument# 2008-0364524.

1. The said defendants and their loan officers/agents knew or should have known or had the responsibility of knowing that the verbal statements from said defendants that they would lend the

plaintiffs "LAWFUL MONEY" of the United States and that their interest rates on the loan was false, misleading and they did so misrepresented the true facts that they was not lending the plaintiffs U.S. Tender. The said defendants did so charge interest rates on non-existence funds. These false, misleading and misrepresentations were made recklessly and with deliberate intentions to disregard the Notice Law, to fully inform the plaintiffs of their misrepresentations of the above.

2. Relying on these false misrepresentations, the plaintiffs was induced into signing a Mortgage Agreement, Mortgage Note, Deed of Trust, Grant Deed and Security Instrument Agreement regarding said loan Terms and Conditions on June 27, 2008 and throughout the life of said loan agreements.

3. After the plaintiff signed said loan instruments, the defendants loan Officers/agents did fail to lend the plaintiff lawful money on the United States for the full value of the loan. The actual lawful monies the defendants risked were actually estimated to be 5%-10% of the face value. The said defendants did so charge an interest rates many times greater than was authorized in the contract; which gave the appearance that, the plaintiff were actually being lended lawful money of the ***United States Constitution (See Article One Section Ten of the United States Constitution).***

4. In carrying out the commitment to lend lawful money of the United States,the said lender/defendants did write a check and did wire transfer unlawful money into an escrow account in care of the plaintiff, LILLARD W. KING and did so charge interest on non-existence money, money they claimed they had lended to the plaintiff. By said lenders/agents writing a check/transferring via wire into said account, the defendants did deliberately made a loan beyond **its customer's demand deposits. The said lenders/agents checks and wire transfers** were not backed by or redeemable in gold or silver coins AS STATED IN THE United States Constitution; The Supreme Law of the Land and were not backed nor redeemable Federal Reserve Notes, for their full value.

5. The said defendants did so use the U.S. Mail more than twice since tha date of the loan instruments to collect money on this debt. The said plaintiff had not become aware of the defendant's fraudulent activities until the defendant BANK OF AMERICA, N.A. filed an Notice of Trustee's Sale which gave cause for plaintiff to research relevant documents establishing proof of fraudulent activities involving the loan. Thereafter, the said defendants informed the plaintiff that they were going to assign our financial problems to another lender and that lender if we choose will work out a solution that would be comfortable for plaintiffs. Plaintiff did so inform Quality Loan Service Corp. that, they would be requesting from them an application for Loan

Modification and in it request that said lender provide plaintiffs with an extension or modified said loan whereby, plaintiffs would have lower payments and their loan amortized from 30 years to 45-50 years. The plaintiffs explained to the said defendants that they need a Mortgage Modification that would be comfortable for them; as it is a normal practice with said lender as well as other lenders who sale, assignees borrower(s) loan to another lender or mortgage purchaser(s) before the completion of the borrower amortized schedule, as well as other customers of either said defendants or other lenders. The said lender earns huge profits by selling bulk loans at a discount to other major purchasers of mass mortgage instruments. The move to enrich themselves off the sale or assignment of such loan (and even in the assignment, such lender receive huge tax benefits) that does not include any monetary benefit for the plaintiff or others who loan has been sold or assigned by said lender's) assignment schemes. The plaintiffs due diligent efforts to work out a good faith and reasonable modification plan due to their hardship did not materialize.

6.  The considerations that BANK OF AMERICA, N.A. alleged they lent Plaintiffs were mere book entries, and demand deposits which the said defendant itself created effortlessly and at no cost to itself. The said lenders in stamping its own check "PAID" did make a false misrepresentation as it merely transferred some

book entries and never intended to redeem their check/wire transfer in lawful money of the United States.

7. By research and study performed by the plaintiffs concerning the contract/financial instruments that, were signed by said plaintiff and BANK OF AMERICA N.A., the plaintiffs discovered that the said defendants did misrepresented the true facts that the defendants did not lend plaintiff lawful money of the United States. The plaintiff did so make every diligent efforts resolve the said problems via telephone and did so write letters. The plaintiffs were trying to save their most valuable assets, their home from a loss to said lender.

8. The defendants knew or should have known or had the responsibility of knowing that, their false representation that they were lending the plaintiffs lawful money of the United States was not in compliance with ***Article One Section Ten of the United States Constitution***; ***See Exhibit "A"*** Memorandum of Law on Constitutional Money and ***Exhibit "B"*** Memorandum on Constitutional Money). The Constitution of the United States is the Supreme Law of the Land; a Supreme Law that every Citizen swore to uphold and practice, unless an **Executive Order** suspends U.S. Constitution, (that has not happened from the date of said loan June 27, 2008 up until the date of this herein stated complaint), were false and misleading.

9. The defendants knew they were charging an extremely high interest that would rob the principle of its equity; an equity that could have been used to save the plaintiffs from his hardship circumstances as well as said defendants providing a friendly Reinstatement and or comfortable payment plan. They knew that their usurious acts against the plaintiffs was unlawful and based upon their greed, greed that leads them to the continual practice of **RACIAL** and **ECONOMIC INEQUITY IN THEIR SUBPRINE LENDING** and **THEIR PREDATORY LENDING PRACTICES.**

1. The defendants and the Federal Reserve Bank (Does 1 through 10), are parties to these false misrepresentations as they were parties in providing finding to said lenders to re-rent funds (money) out customers/clients like plaintiff, by the acquiring, purchasing, assignments and transferring of book entries and did so enrich themselves of the Plaintiffs' fees and assets i.e. property in question. They had unlawfully gained with said check/wire transfer said property and with full Knowledge that the banks did not have in their possession as well as themselves, lawful money of the United States in compliance with ***Article One Section Ten of U.S. Constitution***. Neither Congress nor the People of U.S. Constitution gave themselves the right(s) to **RE-CREATE MONEY** and charge **INTEREST NON-EXISTING-FUNDS**. They did all this to the detriment to the plaintiff. Their collective activities in passing the said check/ and wire transfer are a part of their

planned scheme to continuously enrich themselves off of the fees and interest of plaintiff.

2. The defendants, BANK OF AMERICA N.A., assigned plaintiffs contract, Mortgage, Deed of Trust, Note and all other financial instruments to, QUALITY LOAN SERVICE CORP.. Because QUALITY LOAN SERVICE CORP. and their agents named in this complaint, could not collect on said loan nor interest on said loan, mainly because they did not would not provide any kind of relief to plaintiffs regarding a forbearance program enunciated at ***California Code Of Civil Procedure #29235 and 2923.6*** that would continue to allow said plaintiffs to enjoy their American Dream (home); they initiated the foreclosure process and did so provide plaintiff with Notice of Default and Notice of Trustee sale which is to take place on June 6, 2011, the plaintiff faxed and mailed to said defendants a Letter invoking their STATUTORY REDEMPTION RIGHTS AND RIGHT TO INTO A REDEEMABLE RENTAL AGREEMENT and did so provide defendants with a Certain Document, so that plaintiff could continued to remain in possession of said property until the Statutory Redemption Right expired and or plaintiffs payoff, within said period, the existing defaulted loan. The plaintiffs did so inform defendant(s) that the Notice of Default and Notice of Trustee and Auction Sale did not comply with ***Code of Civil Procedure 729,080, sudb. (b) and (C.C.P. 729.040 (b) (3).)***, that to carry out an unlawful sale of the plaintiff property on June 6,

2011 at said location would not be legally appropriate. The plaintiffs informed said defendant(s) that if they sale the property after the Trustee Sale to another with out allowing said plaintiffs to exercise their said rights would violate Federal Laws, ***CIVIL CODE SECTION 2920-2944.5.*** The said defendants are obligated by the **DICTATORIAL AND OPERATION** OF **LAW** to be in full **COMPLIANCE** with ***CIVIL CODE SECTION 2920-2944.5***. The plaintiff have declared FRAUD and MISREPRESENTATION against each said defendants as well as the violation of the accountability Law; plaintiff said payments should have reduced the amount owed and that amount should have been immediately posted that same day of receipt on the Trustee and Auction sale Notice, June 6, 2011.

3. The defendants were involved in the conspiracy to eliminate the Plaintiff's property as well as the lender's other clients' property(ies)by using their **PREDATORY LENDING PRACTICES often times, charging Interest Only**. These PREDATORY LENDING PRACTICES were designed liquidate the banks inventory and to create non-performing loans. The Loan Loss Mitigation Department was constructed to make every due diligent effort to resolve the bank's client(s) defaulted loan/foreclosure problem(s).

***4.*** The plaintiffs was not informed of any procedures as Mandated by ***Civil Code Section 2920-2944.5***. All of these acts of the said defendants violate the **Federal Antitrust Laws, Regulation "Z"** the ***Truth in Lending Act*** as well as the ***5th, 7th, 9th, 14th and***

***other Federal rights of the plaintiffs***. The plaintiffs had the right to be informed of their rights to redeem said property back if there should be an unlawful Trustee or Auction Sale and the right to be informed that said loan was not considered a Legal tender backed by the ***United States Constitution ARTICLE ONE SECTION TEN CLAUSE ONE***. This says: ***["ABSOLUTLEY NOT, NO STATE SHALL MAKE ANTHING BUT GOLD AND SILVER COIN A TENDER IN PAYMENT OF DEBTS"]***.

**FIRST CAUSE OF ACTION**
**FOR BREACH OF CONTRACT/COVENANT OF**
**GOOD FAITH AND FAIR DEALING**

Averments of the previous numbered paragraphs are reinstated By reference herein. The said defendants and their agents and Does 1 through 10 inclusive, failed to lend the plaintiffs lawful Money of the United States and instead, substituted a check/wire Funds with the intended purpose of circulating it as U.S. Tender (Money) as stated in Article One Section 10 of the United States Constitution; a Constitution that is the Supreme Law of the Land In America.

All said defendants, did so fail to notify and disclose to the plaintiff, that all said loans whether signed or not, were not legal tender and or not lawful money of the United States.

The said defendants breached the implied covenants of good faith and fair dealing by and when they had given the appearance that, the loans given to the plaintiff were not lawful money of

the United States, and not in compliance with Article One Section Ten of the ***United States Constitution of America.***

**SECOND CAUSE OF ACTION**
**FRAUD AND MISREPRESENTATION**

Averments of the previously numbered paragraphs are reinstated by reference herein. The said defendants and their agents Does 1 through 10 inclusive, wire parties to this complaint and to the processing of various checks written/wire funds to an escrow account for the plaintiffs' property. All defendants are inclusion in using the United States Mail and Wire Services to collect on this Unlawful debt, in violation of ***Title 18 U.S.C. 1343*** (wire fraud) and ***Title 18 U.S.C. 1962 Establishing a "Pattern of Racketeering Activities"***. Plaintiff will ask for triple damages sustained pursuant to ***Title 18 U.S.C. 1964,*** from each and every defendant, et al., and numerous other Federal Laws and the plaintiff's Constitutional Rights.

All defendants, are in violation of ***Title 18 U.S.C. 1001*** and ***621 and Title 18 U.S.C. 241 and 242***, as well as defrauding other customers who they had provided their loans to, with no consideration i.e. legal tender (money of the United States). They only provided mere book entries which said defendants and their agents created effortlessly and virtually at no cost to themselves, and did so enriched themselves off NON-EXISTENT FUNDS (money) and fees.

racketeering activities), ***Title 18 U.S.C. 241 and 242*** for conspiracy to threaten, depress, oppress and place hardship upon the plaintiff and other customers who are in simular situations based on loans from said defendants.

The plaintiff asks this court, after the factual findings of said violations and more, to charge each defendant herein said and arrest them, as well as those who signed and certified the check/wire transfer with fraud and misrepresentations. Since the defendants did not have coins and currencies to cash their check, the charging the defendants is appropriate. And is further appropriate for not disclosing their fraudulent misrepresentation and for acts to sell the plaintiff's property based on the above.

The plaintiff asks this court for an INJUNCTION PREVENTING THE SALE OF PLAINTIFFS' PROPERTY AT A TRUSTEE, AUCTION, NON-JUDICIAL OR A JUDICIAL SALE WITHOUT A TRIAL BY JURY TO DETERMINE THE DISPOSITION OF THE PLAINTIFF'S PROPERTY. And from the defendants and/or their investors or whomever attempts to acquire interest in the plaintiff's property before a jury determination.

The plaintiff asks this court to TAKE JUDICIAL NOTICE OF ALL THE CONTENT OF THIS COMPLAINT AND THE FOLLOWING RELIEFS:

WHEREFORE, the Plaintiff, LILLARD W. KING, prays for judgment against the defendants and their agents as follows:

**AS TO** THE **FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT/ COVENANT OF GOOD FAITH AND FAIR DEALING:**

**THIRD CAUSE OF ACTION**
**FOR USURY AND MISREPRESENTATION**

Averment of the previously numbered paragraphs are reinstated by reference herein by virtue of the said defendants and their agents activities, in creating an unlawful debt check by passing a bad check, each of the defendants has collected fees on NON-EXISTENT FUNDS, at an anticipated rate many times greater than the amount the plaintiff agreed to in the Note. The defendant's acts further violated the ***DOCTRINE OF ULTRA VIRES*** a detriment and damage to the plaintiff, the actual money risked was zero.

**FOURTH CAUSE OF ACTION**
**FOR INTENTIONAL INFLICTION OF SEVERE MENTAL AND EMOTIONAL DISTRESS**

Averment of the previously numbered paragraphs are reinstated by reference herein.

The actions of the defendants, including the plaintiff to execute what was purported to be loan documents that had indicated that the plaintiffs were going to receive U.S. money of the United States, for the purchase of the plaintiff's property, were extreme and outrageous and exceeded bounds of decent society, and were calculated to and did in fact cause plaintiff severe mental and emotional distress.

As proximate result of the actions of the defendants, plaintiff continues to suffer severe mental and emotional

distress, all to the detriment to the plaintiff and further damage in a sum according to proof.

The actions of the defendants are described herein, so exceeded bounds of a decent society as to justify the award of punitive damages.

As proximate result of the conduct of defendants, plaintiff has and continues to be deprived of the proprietary interest in the subjected property and has suffered severe mental and emotional distress, all to the plaintiff further damage in a sum according to proof.

The said conduct of the defendants were despicable, malicious in that they were intended to and did deprive plaintiff of the proprietary interest in said property, and was a scheme, calculated to profit the defendants, by charging excessive interest and did so collect excessive interest payments from the plaintiff and less than 0%-0% credited to the principle they claimed is at risk.

**RELIEF REQUESTED**

The plaintiff asks this court to empanel a Grand Jury or to direct the plaintiff to an existing Grand Jury to investigate each and every Defendant and their agents et al, for violation of the Antitrust Laws, Regulation "Z" The Truth Lending Act Laws, Federal Racketeering Laws, **Title 18 U.S.C. 1331** (mail fraud), Title 18 U.S.C. 1343 (wire fraud), ***Title 18 U.S.C. 1962*** (pattern of

1. For the release/return of all interest in said property;

2. For reasonable fees;

3. For punitive damages;

**AS TO SECOND CAUSE OF ACTION FOR FRAUD AND MISREPRESENTATION**

1. For the release of interest in the plaintiff property;

2. For reasonable fees;

3. For punitive damages;

**AS TO THE THIRD CAUSE OF ACTION FOR USURY AND MISREPRESENTATION**

1. For release of all interest and return of subject property;

2. For reasonable fees;

3. For punitive damages;

**AS TO THE FOURTH CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF SEVERE MENTAL AND EMOTIONAL DISTRESS**

1. For damages in the sum of according to proof;

2. For punitive damages, and

3. For such other and further relief the Jury may deem just and proper based upon the jury determination

**DEMAND FOR TRIAL BY JURY (F)**

1. Plaintiff demand for trial by jury under ***7th amendment*** on all Issues, including the issues on WHAT CONSTITUTES "LAWFUL MONEY", of The United States. And that the jury be comprised of 12 members to determine all issues of facts in dispute and to

determine and awards all damages. And the plaintiff demands all his/her rights at all times and waives none of his/her rights at any time including the right to time.

**CONSENT TO DISTRICT JUDGE JURISDICTION(G)**

1. Plaintiff requests that a District Judge be designated to referee the herein matters and jury trial in this case.

I, ***LILLARD W. KING***, declare under the penalty of perjury the above is true and correct to the best of our knowledge and belief.

DATED: 2/3/2012

Lillard W. King

//

//

//

//

//

//

//

//

//

//

//

//

//

//

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

LILLARD W. KING

**DEFENDANTS**

BANK OF AMERICA NA., QUALITY LOAN SERVICE CORP., BAC HOME LOANS SERVICING, LLC, TIM BARGENQUAST (Assistant Vice President) and Does1 to 10, Inclusive

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

FILED
FEB 03 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

'12 CV0295 MMA POR

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☒ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
42 USC 1983 (Suit At Common Law)

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,300,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE DOCKET NUMBER

DATE 02/03/2012

SIGNATURE OF ATTORNEY OF RECORD Lillard King

FOR OFFICE USE ONLY

RECEIPT # 35137 AMOUNT $350— APPLYING IFP JUDGE MAG. JUDGE

WB 02/03/12

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS035137
Cashier ID: mbain
Transaction Date: 02/03/2012
Payer Name: KING V BANK OF AMERICA

---

CIVIL FILING FEE
For: KING V BANK OF AMERICA
Case/Party: D-CAS-3-12-CV-000295-001
Amount: $350.00

---

CASH
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

There will be a fee of $53.00
charged for any returned check.